# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARIAN PERSON,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **TAMMY FERGUSON, et al.** | : | |
| Defendant. | : | **NO. 20-206** |

## ORDER

This 24th day of March, 2021, following careful and independent consideration of the petition for Writ of Habeas Corpus, review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and review of Petitioner's objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
**UNITED STATES DISTRICT JUDGE**